UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-21979-CV-ALTONAGA

MIKE ELBERT NEAL,

    Plaintiff,

v.

UNIT OFFICER DELMAN LUMPKINS, UNIT
OFFICER FRADE, CAPTAIN ANGELA F.
LAWRENCE, and SERGEANT TERRANCE
HAMILTON,

    Defendants.
_____/

**MOTION TO WITHDRAW AS COUNSEL
OF RECORD FOR PLAINTIFF MIKE ELBERT NEAL**

    Pursuant to Local Rule 11.1(d)(3)(A), John R. Byrne, of the law firm of León Cosgrove, LLP, Diego Perez Ara and the law firm of León Cosgrove, LLP respectfully request the entry of an Order permitting their withdrawal from the representation of Plaintiff Mike Elbert Neal in the above-referenced matter. In support, the undersigned states as follows:

    1.    On May 12, 2020, Mr. Byrne from the law firm of León Cosgrove, LLP and the law firm of León Cosgrove, LLP appeared in this action by filing a complaint [ECF No. 1].

    2.    On September 16, 2020, Mr. Perez Ara filed a notice of attorney appearance [ECF No. 29].

    3.    As a result of irreconcilable differences, Mr. Byrne, Mr. Perez Ara and the law firm of León Cosgrove, LLP are moving to withdraw from their representation of Mr. Neal.

    4.    Pursuant to Local Rule 11.1(d)(3)(A), undersigned has served Mr. Neal and opposing counsel with a notice of this motion by email. To undersigned's knowledge, Mr. Neal

does not have new or remaining counsel. Undersigned counsel is unaware of Mr. Neal's current mailing address.

5. This motion is not filed for the purposes of delay and undersigned counsel has taken all steps reasonably practicable to protect the client's interests.

WHEREFORE, John R. Byrne and Diego Perez Ara and the law firm of León Cosgrove, LLP respectfully request the entry of an Order permitting their withdrawal from the representation of Plaintiff Mike Elbert Neal in the above-referenced matter and to be relieved of any further responsibility of the handling of this matter. A proposed order is attached hereto and will also be submitted via e-mail to the Court as prescribed by Section 3I(6) of the CM/ECF Administrative Procedures.

**CERTIFICATE OF CONFERENCE IN COMPLIANCE WITH S.D. FLA. L.R. 7.1(A)(3)**

Pursuant to S.D. Fla. L.R. 7.1(a)(3), the undersigned counsel contacted counsel for Defendants regarding the relief requested in this motion. Counsel for Unit Officer Delman Lumpkins does not oppose. Counsel for the county, Defendants Captain Angela F. Lawrence and Sergeant Terrance Hamilton take no position.

Dated: August 2, 2021

Respectfully submitted,

*s/John R. Byrne*
John R. Byrne
 Florida Bar No. 126294
Email:  jbyrne@leoncosgrove.com
Email:  cmanzano@leoncosgrove.com
Diego Pérez Ara
 Florida Bar No. 1023765
Email:  dperez@leoncosgrove.com
Email:  jfelipe@leoncosgrove.com
**León Cosgrove, LLP**
255 Alhambra Circle, 8th Floor
Coral Gables, Florida 33134
Telephone:  305.740.1975
*Counsel for Plaintiff*