UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-21979-ALTONAGA/Goodman

MIKE ELBERT NEAL,

    Plaintiff,

v.

UNIT OFFICER DELMAN LUMPKINS, *et al.*,

    Defendants.

_____/

**STATUS REPORT REGARDING**
**STATE CRIMINAL AND ADMINISTRATIVE INVESTIGATIONS**

On June 23, 2020, this Court entered an Order [ECF No. 27] granting Chief Lawrence's Motion to Stay Proceedings Pending Resolution of State Criminal and Administrative Investigations [ECF No. 16]. In the Order, the Court temporarily stayed and administratively closed this case pending completion of the related Miami-Dade County State Attorney's Office and the Security and Internal Affairs Bureau of the Miami-Dade Corrections and Rehabilitation Department investigations. *See* Order at 5. The Court also directed the parties to submit a joint status report every sixty (60) days advising the Court of the progress of those investigations. *See id.*

As of today, these investigations remain open and pending. The parties will notify the Court of any known changes in the status of the criminal case should any occur before the next status report is due.

Dated: August 20, 2021

Respectfully submitted,

GERALDINE BONZON-KEENAN
Miami-Dade County Attorney
Stephen P. Clark Center
111 NW 1st Street, Suite 2810
Miami, Florida 33128

By: *s/ Anita Viciana*
Anita Viciana
Assistant County Attorney
Florida Bar No. 115838
e-mail: anita@miamidade.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via CM/ECF and on Plaintiff, who is now *pro se*, via U.S. Mail at the address provided by Plaintiff in his most recent filing: 365 NW 8th Street, Apt. 211, Miami, FL 33136.

*s/ Anita Viciana*
Assistant County Attorney
